1035

[No. 24044-7-I. Division One. October 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN H. CHESTNUT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-00655-0, James J. Dore, J., entered April 10, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24468-0-I. Division One. October 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTINE J. RODGERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-06472-7, Anthony P. Wartnik, J., entered June 14, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24499-0-I. Division One. October 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LEON K. CHARTIER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-01528-7, Jack A. Richey, J. Pro Tem., entered June 22, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24527-9-I. Division One. October 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY SEMAKULA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-05910-3, Maurice M. Epstein, J. Pro Tem., entered June 26, 1989. *Dismissed* by unpublished per curiam opinion.